**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2131**

JAMES M. TENNANT,

       Plaintiff - Appellant,

    v.

GEORGETOWN, CITY OF, a Municipal Corporation; PAUL GARDNER;
ANN MERCER; CINDY HOWARD; BRENDON M. BARBER, SR.; JACK M.
SCOVILLE, JR., in their individual and official capacities,

       Defendants – Appellees,

    and

DOUGLAS CHARLES BAXTER, in his individual capacity,

       Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Richard Mark Gergel, District
Judge.  (2:12-cv-00370-RMG)

Submitted:  March 17, 2015        Decided:  March 19, 2015

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

James M. Tennant, Appellant Pro Se.  Douglas Charles Baxter,
RICHARDSON, PLOWDEN & ROBINSON, PA, Myrtle Beach, South
Carolina, Michelle Parsons Kelley, RICHARDSON, PLOWDEN &

ROBINSON, PA, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James M. Tennant appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on Tennant's 42 U.S.C. § 1983 (2012) complaint, and denying his Fed. R. Civ. P. 59(e) motion to alter or amend that judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Tennant v. City of Georgetown, No. 2:12-cv-00370-RMG (D.S.C. Aug. 18, 2014 & Sept. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED